114 A.3d 796

**Terrence BETHEA, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, PA. State Police, Appellees.**

Supreme Court of Pennsylvania.

April 27, 2015.

*ORDER*

PER CURIAM.

AND NOW, this 27th day of April, 2015, the Order of the Commonwealth Court is **AFFIRMED.**